In the Matter of the Claim of JOHN CALASCIBETTA, Respondent, against ERNEST SCHWARTZ, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of THERESA M. CARBONE, on Behalf of AMERIGO MARCHIGIANI, Respondent, against CHAPPAQUA GARAGE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of DOROTHY M. VIRRILL et al., Respondents, against DERKS BUICK CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.